### 3701.   WOOTEN *v.* THE STATE.

POWELL, J.   The exceptions to the charge of the court are not well taken. Under the State's testimony, the homicide was strongly mitigated, but not entirely justifiable; under the defendant's statement, it was justifiable. The jury accepted the State's theory of the transaction, and convicted the accused of the offense of voluntary manslaughter. There being some evidence to support the verdict, this court has no power to set it aside.                                *Judgment affirmed.*

DECIDED NOVEMBER 7, 1911.

Indictment for murder; from Rabun superior court—Judge Jones.   August 4, 1911.

*T. L. Bynum, R. E. A. Hamby, W. S. Paris,* for plaintiff in error. *Robert McMillan, solicitor-general,* contra.